United States District Court
Southern District of Texas
**ENTERED**
October 16, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

| | | |
|---|---|---|
| Khahn Phan, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-17-1648 |
| | § | |
| Lorie Davis, | § | |
|    Respondent. | § | |

## Order of Adoption

On July 23, 2018, Magistrate Judge Stephen Wm. Smith filed a memorandum and recommendation (24). Petitioner has filed objections (29). After considering the record and the law, the court overrules the objections and adopts the memorandum and recommendation as its memorandum and opinion. The petition for writ of habeas corpus is denied with prejudice. The court will issue a separate final judgment.

Signed  10-15  , 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge